July 9, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MOHAMAD  G. ALATKI, Appellant

NO. 14-15-00281-CV                                    V.

TIDEWATER FINANCE COMPANY D/B/A TIDEWATER MOTOR CREDIT
AND D/B/A TIDEWATER CREDIT SERVICES, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 19, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Mohamad  G. Alatki.

We further order this decision certified below for observance.